# UNITED STATES DISTRICT COURT


FILED

__EASTERN__ District of __CALIFORNIA__

NOV 26 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

JOSE TRUJILLO

Plaintiff(s),

V.

FEDDAH DAOUD MURRAH, et al.

Defendant(s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:18-cv-01247-DAD-BA

Notice is hereby given that, subject to approval by the court, __Plaintiff, Jose Trujillo__ substitutes
(Party(s) Name)

__Zachary M. Best (Moore Law Firm, P.C.)__, State Bar No. __166035__ as counsel of record in
(Name of New Attorney)

place of __Zachary M. Best (Mission Law Firm, A.P.C.)__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Moore Law Firm, P.C.
Address: 332 North Second Street, San Jose, CA 95112
Telephone: (408) 298-2000    Facsimile (408) 298-6046
E-Mail (Optional): service@mission.legal

I consent to the above substitution.
Date: Nov 19, 2018

Jose Trujillo (Nov 19, 2018)
(Signature of Party(s))

I consent to being substituted.
Date: 11/21/2018

/s/ Zachary M. Best
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/21/2018

/s/ Zachary M. Best
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 11/26/18

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]